**Electronically Filed**
**Supreme Court**
**SCPW-20-0000522**
**17-JUN-2021**
**12:00 PM**
**Dkt. 13 ODDP**

SCPW-20-0000522

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

GREGORY WILLIAMSON, Petitioner,

vs.

THE HONORABLE JAMES H. ASHFORD, Judge of the Circuit Court of the
Third Circuit, State of Hawaiʻi, Respondent Judge,

and

ALLIANCE PERSONNEL, INC., Respondent.

ORIGINAL PROCEEDING
(CIV. NO. 13-1-1840)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Johnson, assigned by reason of vacancy)

Upon consideration of petitioner Gregory Williamson's

"Emergency Second Supplement Mandamus Writ to the Emergency Non-

Hearing Motion of August 15, 2020," which was filed as a petition

for writ of mandamus on June 15, 2021, the documents attached

thereto and submitted in support thereof, and the record, it

appears that the original petition for writ of mandamus was

denied by order entered on September 4, 2020, and petitioner

fails to demonstrate that he has a clear and indisputable right

to relief from this court.  See <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200,

204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an

extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; a writ of mandamus is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition without payment of the filing fees.

DATED:  Honolulu, Hawaiʻi, June 17, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Ronald G. Johnson